FILED APR 2 2 1994
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)   CR 94-254-WMB
                          )
            Plaintiff,)
                          )
      v.                  )   ORDER OF DETENTION AFTER HEARING
                          )        (18 U.S.C. § 3142(i))
DERRICK SLAUGHTER         )
                          )
            Defendant.    )
_____)

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

///
///
///

CR94 (5/86)                          -1-

```
 1       B.  On motion ( ) (by the Government)/( ) (by the Court
 2           sua sponte involving)
 3               1.  ( ) serious risk defendant will flee;
 4               2.  ( ) serious risk defendant will
 5                   a.  ( ) obstruct or attempt to obstruct
 6                           justice;
 7                   b.  ( ) threaten, injure, or intimidate a
 8                           prospective witness or juror or
 9                           attempt to do so.
10                                  II.
11       The Court finds no condition or combination of conditions
12   will reasonably assure:
13       A.  ( ) appearance of defendant as required;
14                                and/or
15       B.  (✓) safety of any person or the community;
16                                  III.
17   The Court has considered:
18       A.  (✓) the nature and circumstances of the offense;
19       B.  (✓) the weight of evidence against the defendant;
20       C.  (✓) the history and characteristics of the defendant;
21       D.  (✓) the nature and seriousness of the danger to any
22               person or to the community.
23                                   IV.
24   The Court concludes:
25       A.  (✓) Defendant poses a risk to the safety of other
26               persons or the community because: _____
27   _____
28   _____
```

CR-94                              -2-

```
 1
 2
 3        B.  ( )  History and characteristics indicate a serious
 4                 risk that defendant will flee because: _____
 5
 6
 7
 8
 9        C.  ( )  A serious risk exists that defendant will:
10                 1.  ( )  obstruct or attempt to obstruct justice;
11                 2.  ( )  threaten, injure or intimidate a
12                          witness/juror;
13                 3.  ( )  attempt to threaten, injure or intimi-
14                          date a witness/juror;
15                 Because: _____
16
17
18
19        D.  ( )  Defendant has not rebutted by sufficient evidence
20                 to the contrary the presumption provided in
21                 18 U.S.C. § 3142(e).
22        IT IS ORDERED defendant be detained prior to trial.
23        IT IS FURTHER ORDERED that defendant be confined as far as
24   practicable in a corrections facility separate from persons
25   awaiting or serving sentences or persons held pending appeal.
26   ///
27   ///
28   ///
     CR-94                        -3-
```

1  IT IS FURTHER ORDERED that defendant be afforded reason-
2  able opportunity for private consultation with his counsel.

4  DATED: APR 2 2 1994

      U. S. ~~MAGISTRATE~~/DISTRICT JUDGE

CR-94                                              -4-